Shanon Dawn Trygstad, Esq. (Bar No. 173834)
Rosty G. Gore, Esq. (Bar No. 280722)
Trygstad, Schwab & Trygstad
1880 Century Park East, Suite 1104
Los Angeles, California 90067-1600
Telephone: (310) 552-0500
Facsimile: (310) 552-1306
strygstad@trygstadlawoffice.com
rgore@trygstadlawoffice.com

Attorneys for Plaintiff
SANDRA GOODWICK

```
FILED
CLERK, U.S. DISTRICT COURT

Dec 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:      PMC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GOODWICK,<br><br>   Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY OFFICE OF EDUCATION,<br><br>   Defendants. | CASE NO: 2:15-cv-04496-SVW-FFMx<br><br>BEFORE THE HONORABLE<br>Judge Stephen V. Wilson<br><br>[~~PROPOSED~~] ORDER<br><br>JS-6 |

## [~~PROPOSED~~] ORDER

The Court hereby accepts and enters the Stipulation of Settlement and Order of Dismissal in the above entitled action.

IT IS SO ORDERED.

DATED: December 23, 2015        By: _____
                                     Honorable Stephen V. Wilson